No. 03–5208. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5209. CONAHAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–5210. BUGGS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–5211. GANN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5212. PEGG v. HAVILAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5213. ALAIMALO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5215. MURPHY v. McCURLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–5217. HERNANDEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5218. FORWARD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5219. HILL v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5220. BEATRICE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–5221. MUNOZ-LOPERA, AKA FLORES, AKA GUZMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5222. JIMENEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5223. MACKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.